No. 12–8832 (12A824). COOK v. HUMPHREY, WARDEN. Sup. Ct. Ga. Application for stay of execution of sentence of death, presented to JUSTICE THOMAS, and by him referred to the Court, denied. Certiorari denied.

FEBRUARY 25, 2013

No. 11–42. CHILDERS v. FLOYD, WARDEN. C. A. 11th Cir. Certiorari granted, judgment vacated, and case remanded for further consideration in light of Johnson v. Williams, ante, p. 289.

No. 11–1497. BYRNE v. WOOD, HERRON & EVANS, LLP, ET AL. C. A. Fed. Cir. Certiorari granted, judgment vacated, and case remanded for further consideration in light of Gunn v. Minton, ante, p. 251.

No. 11–8384. PETERSON v. SEAMAN. C. A. 11th Cir. Motion of petitioner for leave to proceed in forma pauperis granted. Certiorari granted, judgment vacated, and case remanded for further consideration in light of Chafin v. Chafin, ante, p. 165.

No. 11–9422. DAVIS v. UNITED STATES. C. A. 5th Cir. Motion of petitioner for leave to proceed in forma pauperis granted. Certiorari granted, judgment vacated, and case remanded for further consideration in light of Henderson v. United States, ante, p. 266.